IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MERCIS B.V., <br><br> Plaintiff, <br><br> v. <br><br> THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON AMENDED SCHEDULE A HERETO, <br><br> Defendants. | Case No. 25-cv-378 <br><br> Judge Thomas M. Durkin <br><br> Magistrate Judge Young B. Kim |

**PRELIMINARY INJUNCTION ORDER**

Plaintiff MERCIS, B.V. ("Plaintiff") filed a Motion for Entry of a Preliminary Injunction against the against the fully interactive, e-commerce stores[1] operating under the seller aliases identified in the Amended Schedule A attached hereto (collectively, "Defendants") and using at least the online marketplace accounts identified in Amended Schedule A attached hereto (the "Online Marketplaces"). After reviewing the Motion and the accompanying record, this Court GRANTS Plaintiff's Motion in part as follows.

This Court finds Plaintiff has provided notice to Defendants in accordance with the Temporary Restraining Order entered March 12, 2025, [Dkt. Nos. 36, 37] ("TRO"), and Federal Rule of Civil Procedure 65(a)(1).

This Court also finds, in the absence of adversarial presentation, that it has personal jurisdiction over Defendants because Defendants directly target their business activities toward

---

[1] The e-commerce store urls are listed on Schedule A hereto under the Online Marketplaces.

consumers in the United States, including Illinois. Specifically, Plaintiff has provided a basis to conclude that Defendants have targeted sales to Illinois residents by setting up and operating e-commerce stores that target United States consumers using one or more seller aliases, offer shipping to the United States, including Illinois, and have sold products using infringing and counterfeit versions of Plaintiff's federally registered trademarks and copyright (the "MIFFY Trademarks and Copyright") to residents of Illinois. In this case, Plaintiff has presented screenshot evidence that each Defendant e-commerce store is reaching out to do business with Illinois residents by operating one or more commercial, interactive internet stores through which Illinois residents can and do purchase products using counterfeit versions of the MIFFY Trademarks and Copyright. *See* Docket Nos. 20-26, which include screenshot evidence confirming that each Defendant e-commerce store does stand ready, willing and able to ship its counterfeit goods to customers in Illinois bearing infringing and/or counterfeit versions of the MIFFY Trademarks and Copyright.

  This Court also finds that, with the exception of the asset restraint, the injunctive relief previously granted in the TRO should remain in place through the pendency of this litigation and that issuing this Preliminary Injunction is warranted under Federal Rule of Civil Procedure 65. Evidence submitted in support of this Motion and in support of Plaintiff's previously granted Motion for Entry of a TRO establishes that Plaintiff has demonstrated a likelihood of success on the merits; that no remedy at law exists; and that Plaintiff will suffer irreparable harm if the injunction is not granted.

  Specifically, Plaintiff has proved a *prima facie* case of trademark and copyright infringement because (1) the MIFFY Trademarks are distinctive marks and are registered with the U.S. Patent and Trademark Office on the Principal Register and the MIFFY Copyright is

registered with the U.S. Copyright Office, (2) Defendants are not licensed or authorized to use any of the MIFFY Trademarks and Copyright, and (3) Defendants' use of the MIFFY Trademarks and Copyright is causing a likelihood of confusion as to the origin or sponsorship of Defendants' products with Plaintiff. Furthermore, Defendants' continued and unauthorized use of the MIFFY Trademarks and Copyright irreparably harms Plaintiff through diminished goodwill and brand confidence, damage to Plaintiff's reputation, loss of exclusivity, and loss of future sales. Monetary damages fail to address such damage and, therefore, Plaintiff has an inadequate remedy at law. Moreover, the public interest is served by entry of this Preliminary Injunction to dispel the public confusion created by Defendants' actions. Accordingly, this Court orders that:

1. Defendants, their officers, agents, servants, employees, attorneys, and all persons acting for, with, by, through, under, or in active concert with them be preliminarily enjoined and restrained from:

    a. using the MIFFY Trademarks and Copyright or any reproductions, counterfeit copies, or colorable imitations in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any product that is not a genuine MIFFY product or not authorized by Plaintiff to be sold in connection with the MIFFY Trademarks and Copyright;

    b. passing off, inducing, or enabling others to sell or pass off any product as a genuine MIFFY product or any other product produced by Plaintiff, that is not Plaintiff's or not produced under the authorization, control, or supervision of Plaintiff and approved by Plaintiff for sale under the MIFFY Trademarks and Copyright;

  c. committing any acts calculated to cause consumers to believe that Defendants' products are those sold under the authorization, control, or supervision of Plaintiff, or are sponsored by, approved by, or otherwise connected with Plaintiff; and

  d. manufacturing, shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for Plaintiff, nor authorized by Plaintiff to be sold or offered for sale, and which bear any of Plaintiff's trademarks and copyright, including the MIFFY Trademarks and Copyright, or any reproductions, counterfeit copies, or colorable imitations.

2. The domain name registries for the Defendant Domain Names, including, but not limited to, VeriSign, Inc., Neustar, Inc., Afilias Limited, CentralNic, Nominet, and the Public Interest Registry, and the domain name registrars, including, but not limited to, GoDaddy Operating Company LLC, Name.com, PDR LTD. d/b/a/ PublicDomainRegistry.com, and Namecheap Inc., within seven (7) calendar days of receipt of this Order or prior to the expiration of this Order, whichever date shall occur first, shall disable the Defendant Domain Names and make them inactive and untransferable until further order by this Court.

3. Upon Plaintiff's request, Defendants and any third party with actual notice of this Order who is providing services for any of Defendants, or in connection with any of Defendants' Online Marketplaces, including, without limitation, any online marketplace platforms such as Alibaba Group Holding Ltd. ("Alibaba") and Alipay(collectively, the "Third Party Providers"), shall, within seven (7) calendar days after receipt of such notice, provide to Plaintiff expedited discovery, limited to copies

of documents and records in such person's or entity's possession or control sufficient to determine:

a. the identities and locations of Defendants, their officers, agents, servants, employees, attorneys, and any persons acting in active concert or participation with them, including all known contact information and all associated e-mail addresses;

b. the nature of Defendants' operations and all associated sales, methods of payment for services, and financial information, including, without limitation, identifying information associated with the Online Marketplaces and Defendants' financial accounts, including Defendants' sales and listing history related to their respective Online Marketplaces; and

c. any financial accounts owned or controlled by Defendants, including their officers, agents, servants, employees, attorneys, and any persons acting in active concert or participation with them, including such accounts residing with or under the control of any banks, savings and loan associations, payment processors or other financial institutions, including, without limitation, Alibaba, Alipay, or other merchant account providers, payment providers, third party processors, and credit card associations (e.g., MasterCard and VISA).

4. Upon Plaintiff's request, those with notice of this Order, including the Third Party Providers as defined in Paragraph 4, shall within seven (7) calendar days after receipt of such notice, disable and cease displaying any advertisements used by or associated with Defendants in connection with the sale of counterfeit and infringing goods using the MIFFY Trademarks and Copyright.

5. Any Third Party Providers, including Alibaba and Alipay, shall, within seven (7) calendar days of receipt of this Order:

   a. locate all accounts and funds connected to Defendants' seller aliases, including, but not limited to, any financial accounts connected to the information listed in Amended Schedule A hereto, the e-mail addresses identified in Exhibit 3 to the Declaration of Frank Padberg, and any e-mail addresses provided for Defendants by third parties.

6. Plaintiff may provide notice of the proceedings in this case to Defendants, including service of process pursuant to Fed. R. Civ. P. 4(f)(3), and any future motions, by electronically publishing a link to the Pleadings, this Order, and other relevant documents on a website and by sending an e-mail with a link to said website to the e-mail addresses identified in Exhibit 3 to the Declaration of Frank Padberg and any e-mail addresses provided for Defendants by third parties. The Clerk of the Court is directed to issue a single original summons in the name of "Anhui Dodo Pet Products Co., Ltd. and all other Defendants identified in the Amended Complaint" that shall apply to all Defendants. The combination of providing notice via electronic publication and e-mail, along with any notice that Defendants receive from payment processors, shall constitute notice reasonably calculated under all circumstances to apprise Defendants of the pendency of the action and afford them the opportunity to present their objections.

7. Any Defendants that are subject to this Order may appear and move to dissolve or modify the Order as permitted by and in compliance with the Federal Rules of Civil Procedure

and the Northern District of Illinois Local Rules. Any third party impacted by this Order may move for appropriate relief.

8. The $146,000 bond posted by Plaintiff shall remain with the Court until a final disposition of this case or until this Preliminary Injunction is terminated.

SO ORDERED:

_Thomas M Durkin_
The Honorable Thomas M. Durkin
United States District Judge

Dated: May 22, 2025

**Amended Schedule A**

| No. | Defendant Name / Alias |
|---|---|
| 1 | Anhui Dodo Pet Products Co., Ltd. |
| 2 | Anqing Xifang Trading Co., Ltd. |
| 3 | Hangzhou Yoo Like Pet Supplies Co., Ltd. |
| 5 | Star Group Co., Ltd. |
| 6 | Suzhou Best Crafts Co., Ltd. |
| 7 | Suzhou Three Friends Home Technology Co., Ltd |
| 8 | Victory Group Co., Ltd |
| 9 | Xiamen Tensin Global Trading Co., Ltd. |
| 10 | Anhui Jinmi Technology Co., Ltd. |
| 12 | Anhui Nature Imp. & Exp. Co., Ltd. |
| 14 | Baoding Yintai Trading Co., Ltd. |
| 15 | Beijing Chongnong Yihe Trading Co., Ltd |
| 17 | Bozhou Fansen Trading Co., Ltd. |
| 18 | Cangnan Loyalty Craft&Gift Co., Ltd. |
| 19 | Cangnan Ouxun Crafts Gift Co., Ltd. |
| 26 | Changzhou Boqi Textile Co., Ltd. |
| 27 | Chengdu Elephant Bird Brand Design Co., Ltd. |
| 33 | Dongguan Bien Packaging Material Co., Ltd. |
| 34 | Dongguan City Xinyu Cans Manufactory Co., Ltd. |
| 37 | Dongguan Dihua Decoration Products Company Limited |
| 42 | Dongguan Haofeng Clothing Co., Ltd. |
| 44 | Dongguan Hengqiang Leather Goods Co., Ltd |
| 46 | Dongguan Jingfeng Packing Products Co., Ltd. |
| 47 | Dongguan Jiujie Toys Manufacturing Co., Ltd. |
| 49 | Dongguan Omoi Stationery & Gift Co.,Ltd |
| 50 | Dongguan Shenzhan Electronic Technology Co., Ltd. |
| 53 | Dongguan Yanxing Industrial Development Co., Ltd. |
| 54 | Dongyang Hanhanle Pet Products Co., Ltd. |
| 55 | Dongyang Ruikun Metal Products Co., Ltd. |
| 56 | Fuji New Energy (Nantong) Co., Ltd. |
| 57 | Fujian Tonggang Industries Ltd. |
| 59 | Gaoyang Dongfei Textiles Co., Ltd. |
| 60 | Guangdong Daomeng Industry Co., Ltd. |
| 64 | Guangzhou Blue Sky Packaging And Printing Products Co., Ltd. |
| 65 | Guangzhou Chantuo Trading Co., Ltd. |
| 66 | Guangzhou Deyuan Bag Products Co.,ltd |
| 68 | Guangzhou Hao Long Industrial Co., Ltd. |
| 69 | Guangzhou Huaerli Commercial Co., Ltd. |
| 70 | Guangzhou Li Yan Tian Co., Ltd. |
| 72 | Guangzhou Saian Trading Co., Ltd. |
| 75 | Guangzhou Sweet Housewares Co., Ltd. |

| | |
|---|---|
| 78 | Guangzhou Zi'ao Trading Co., Ltd. |
| 79 | Hangzhou Lenge Homeware Co., Ltd. |
| 80 | Hangzhou Xianghui International Trading Co., Ltd. |
| 81 | Hebei Baibang Xinhui Knitting Textile Sales Co.,Ltd |
| 83 | Hebei Changjin Textile Co., Ltd. |
| 84 | Hebei Mcmani Import And Export Trading Co., Ltd. |
| 85 | Hebei Singtai Textile Co., Ltd. |
| 86 | Hefei Shimengyuan Import And Export Trading Co., Ltd. |
| 87 | Hefei Xionghaizi Network Technology Co., Ltd. |
| 89 | Hubei Honey Jewelry & Crafts Co., Ltd. |
| 90 | Huizhou Xiangmeng Mengyuan Handicraft Co.,Ltd |
| 91 | Hunan Cosmos Imp & Exp Co., Ltd. |
| 92 | Hunan Saiqun Network Co., Ltd. |
| 93 | Hunan Yacai Cosmetics Fittings Co., Ltd. |
| 94 | Huoqiu Yunuo Toy Co., Ltd. |
| 97 | Jiangnanbei (wuhan) Information Technology Co., Ltd. |
| 98 | Jiangsu Lucky Label Trading Co., Ltd. |
| 99 | Jiaxing ABC Textile Co., Ltd. |
| 100 | Jiaxing Jinhua Accessories Co., Ltd. |
| 101 | Jinghui Hat-making (Yangjiang) Co., Ltd |
| 102 | Jinhua Aiji Trading Co., Ltd. |
| 103 | Jinhua Ivy Home Textile Co., Ltd. |
| 104 | Jinhua Ivy Home Textile Co., Ltd. |
| 105 | Jinjiang Minyuan Textile Technology Co., Ltd. |
| 106 | Jinjiang Yingxuan Yanghang Trading Co., Ltd. |
| 108 | Kingdeer Supply Chain (Yancheng) Co., Ltd. |
| 109 | Longgang Shengle Suitcase Co., Ltd. |
| 111 | Longgang Zhengyue Crafts And Gifts Co., Ltd. |
| 113 | Ningbo Aikedun Trading Co., Ltd. |
| 114 | Ningbo Haoxuan Arts & Gifts Co., Ltd. |
| 117 | Ningbo Roff Industry Company Limited |
| 118 | Ningbo Songxiang Plastic Industry Co., Ltd. |
| 119 | Ninghai Kangmei Daily Necessities Co., Ltd. |
| 120 | Ningxia Siluyizhan Trading Co., Ltd. |
| 121 | Pulei Sports Goods Co., Ltd. |
| 123 | Qingdao Yidac Textiles Co., Ltd. |
| 124 | Quanzhou BKD Kids Wear Co., Ltd. |
| 126 | Quanzhou Xinyuan Xin Energy Saving Technology Co., Ltd. |
| 129 | Shaanxi Rainbow Industry And Trade Co., Ltd. |
| 132 | Shanghai Erxinte Industrial Co., Ltd. |
| 134 | Shanghai Wowbo Paper Packaging Co., Ltd. |
| 135 | Shangrao Huanju Socks Co., Ltd. |
| 137 | Shaoxing Dianan Textile Co., Ltd. |
| 138 | Shaoxing Jingxu Textile Co., Ltd. |

| | |
|---|---|
| 140 | Shaoxing Kunying Import & Export Co., Ltd. |
| 141 | Shaoxing Shangyu Ruichuang Commodity Co., Ltd. |
| 143 | Shaoxing Yantu Textile Co., Ltd. |
| 145 | Shenzhen Biansebao Arts& Crafts Company Ltd. |
| 152 | Shenzhen Lanson Gifts Co., Ltd. |
| 156 | Shenzhen Minghao Bags Co., Ltd. |
| 158 | Shenzhen Purui Haosi Industrial Co., Ltd. |
| 160 | Shenzhen Rongyi Technology Co., Ltd. |
| 165 | Shenzhen Xinhuafa Bag Products Company Ltd. · |
| 166 | Shenzhen Yino Information Technology Co., Ltd. |
| 168 | Shenzhen Zhanpengda Houseware Co.,ltd. |
| 169 | Shijiazhuang Cool Apparel Co., Ltd. |
| 170 | Shijiazhuang Lingjie Trading Co., Ltd. |
| 171 | Shijiazhuang Taihong Clothing Co., Ltd. |
| 172 | Shijiazhuang Xiaoao Textile Co., Ltd. |
| 173 | Shijiazhuang Xiecheng Technology Co., Ltd. |
| 175 | Sichuan Beisheng Technology Co., Ltd. |
| 177 | Sichuan Kingka Technology Co., Ltd. |
| 179 | Suzhou Bellwether Textile Science& Technology Co., Ltd. |
| 180 | Suzhou Longfine Textiles Technology Ltd. |
| 182 | Taizhou Biumart E-Tech Co., Ltd. |
| 185 | Tongxiang Bojay Trade Co., Ltd. |
| 188 | Wenzhou Hengyi Bag Co., Ltd. |
| 189 | Wenzhou Hualian Printing Co., Ltd. |
| 190 | Wenzhou Huichuan Technology Co., Ltd. |
| 191 | Wenzhou Sesame Bag Co., Ltd. |
| 192 | Wenzhou Winway Trading Co., Ltd. |
| 195 | Wuhan Aiming Industrial Co., Ltd. |
| 197 | Wuhan Good Industrial Trading Co., Ltd. |
| 198 | Wuxi Loonde Packing & Crafts Co., Ltd. |
| 199 | Xi An Hao Baby Trading Co., Ltd. |
| 200 | Xiamen Emerald Bags Industry Co., Ltd. |
| 201 | Xiamen Infinite Element Technology Co., Ltd. |
| 202 | Xiamen Kezhi Trading Co., Ltd. |
| 204 | Xiamen Weihuang Textile Products Co., Ltd. |
| 205 | Xiantao Zhengxin Nonwoven Products Co., Ltd. |
| 208 | Yangzhou Arl Household Supplies Co.,ltd |
| 211 | Yiwu City Wenjin Jewelry Co., Ltd. |
| 213 | Yiwu Cuijin Import & Export Co., Ltd. |
| 214 | Yiwu Dijianhua Import And Export Co., Ltd. |
| 215 | Yiwu Dongjin Luggage Co., Ltd. |
| 216 | Yiwu Dowell Accessories Co., Ltd. |
| 217 | Yiwu Fangyi Garment Factory |
| 220 | Yiwu Haoway Handicraft Co., Ltd. |

| | |
|---|---|
| 222 | Yiwu Longge Accessories Limited |
| 223 | Yiwu Mingji Jewelry Co., Ltd. |
| 224 | Yiwu Mingjiang Crafts Ltd. |
| 225 | Yiwu Monoblanks Import And Export Co., Ltd. |
| 226 | Yiwu Ouhong Crafts Factory |
| 227 | Yiwu Saiyii Trading Co., Ltd. |
| 228 | Yiwu Siicoo Trade Co., Ltd. |
| 229 | Yiwu Tenglong Crafts Co., Ltd. |
| 230 | Yiwu Xinchi E-Commerce Firm |
| 231 | Yiwu Yaoning International Trade Co., Ltd. |
| 232 | Yiwu Yiner Tech Developing Co., Ltd. |
| 234 | Yiwu Zhiying E-Commerce Firm |
| 235 | Yiwu Zicai E-Commerce Co., Ltd. |
| 236 | Youner Products Co., Ltd. |
| 240 | Zhongshan Artigifts Premium Metal & Plastic Co., Ltd. |
| 242 | Zhuji Shenghuang Knitting Co., Ltd. |

| No | Defendants Online Marketplace |
|---|---|
| 1 | https://dodopets.en.alibaba.com/index.html?from=detail&productId=1601242158567 |
| 2 | https://aqxfmy.en.alibaba.com/index.html?from=detail&productId=1601251137494 |
| 3 | https://hzyoulai.en.alibaba.com/index.html?from=detail&productId=1600510474229 |
| 5 | https://starcorporation.en.alibaba.com/index.html?from=detail&productId=1601285326004 |
| 6 | https://bestfidgettoy.en.alibaba.com/index.html?from=detail&productId=1601061198167 |
| 7 | https://cnthreefriends.en.alibaba.com/index.html?from=detail&productId=1601246852630 |
| 8 | https://victorycorporation.en.alibaba.com/index.html?from=detail&productId=1601202715906 |
| 9 | https://tengxingtang.en.alibaba.com/index.html?from=detail&productId=1601258868252 |
| 10 | https://ahjinmi.en.alibaba.com/index.html?from=detail&productId=1601149601591 |
| 12 | https://ahnature3.en.alibaba.com/index.html?from=detail&productId=1600647359617 |
| 14 | https://yintaibag.en.alibaba.com/index.html?from=detail&productId=1601196998721 |
| 15 | https://znyhs.en.alibaba.com/index.html?from=detail&productId=1601003357864 |
| 17 | https://cn1514961627ulxv.en.alibaba.com/index.html?from=detail&productId=1601236629366 |
| 18 | https://lty.en.alibaba.com/index.html?from=detail&productId=60555969863 |
| 19 | https://chinaouxun.en.alibaba.com/index.html?from=detail&productId=1600543467486 |
| 26 | https://bosswood.en.alibaba.com/index.html?from=detail&productId=1600519166832 |
| 27 | https://xiangniaosheji.en.alibaba.com/index.html?from=detail&productId=1601089653827 |

| 33 | https://bnpackaging.en.alibaba.com |
|---|---|
| 34 | https://xytinbox.en.alibaba.com/index.html?from=detail&productId=1600110096549 |
| 37 | https://dihua.en.alibaba.com/index.html?from=detail&productId=1601076424299 |
| 42 | https://dghaofeng.en.alibaba.com/index.html?from=detail&productId=1601226832989 |
| 44 | https://hqartisan.en.alibaba.com/index.html?from=detail&productId=1601042508008 |
| 46 | https://dgjingfeng001.en.alibaba.com |
| 47 | https://harvestchannel.en.alibaba.com/index.html?from=detail&productId=1600903514550 |
| 49 | https://dgomoi.en.alibaba.com/index.html?from=detail&productId=1600240389348 |
| 50 | https://sztoy.en.alibaba.com/index.html?from=detail&productId=1600952820429 |
| 53 | https://dgyanxing.en.alibaba.com/index.html?from=detail&productId=1600862166030 |
| 54 | https://hanhanle.en.alibaba.com/index.html?from=detail&productId=1601229924259 |
| 55 | https://dyrk.en.alibaba.com/index.html?from=detail&productId=1600553811529 |
| 56 | https://fujienergy.en.alibaba.com/index.html?from=detail&productId=1601125359469 |
| 57 | https://tonggang.en.alibaba.com/index.html?from=detail&productId=1600911351676 |
| 59 | https://gydongfei.en.alibaba.com/index.html?from=detail&productId=1600851048276 |
| 60 | https://gddaomengindustrial.en.alibaba.com/index.html?from=detail&productId=1601088956862 |
| 64 | https://blueskybox.en.alibaba.com/index.html?from=detail&productId=1601242907648 |
| 65 | https://chantuotrade.en.alibaba.com/index.html?from=detail&productId=1601231652081 |
| 66 | https://wdbags.en.alibaba.com/index.html?from=detail&productId=1601208719710 |
| 68 | https://gzhaolong168.en.alibaba.com/index.html?from=detail&productId=1601294789501 |
| 69 | https://huaerli2023.en.alibaba.com |
| 70 | https://liyantian20160524.en.alibaba.com/index.html?from=detail&productId=1601056390136 |
| 72 | https://zaione.en.alibaba.com/index.html?from=detail&productId=1600425104405 |
| 75 | https://xiweitesport.en.alibaba.com/index.html?from=detail&productId=1100000416 2160 |
| 78 | https://ziao23.en.alibaba.com/index.html?from=detail&productId=1601112332283 |
| 79 | https://hzlenge.en.alibaba.com/index.html?from=detail&productId=1600508757248 |
| 80 | https://xh-group.en.alibaba.com/index.html?from=detail&productId=1600706062584 |
| 81 | https://baibangxh.en.alibaba.com/index.html?from=detail&productId=1600643678581 |
| 83 | https://changjintextile.en.alibaba.com/index.html?from=detail&productId=1601270317210 |
| 84 | https://helen0566.en.alibaba.com/index.html?from=detail&productId=1601237222910 |
| 85 | https://singtaitex.en.alibaba.com/index.html?from=detail&productId=1601198415287 |

| | |
|---|---|
| 86 | https://smysw.en.alibaba.com/index.html?from=detail&productId=1601236919362 |
| 87 | https://xionghaizi.en.alibaba.com |
| 89 | https://honeyflower.en.alibaba.com/index.html?from=detail&productId=1601281932585 |
| 90 | https://jinyicoco.en.alibaba.com |
| 91 | https://hnzhouyuan.en.alibaba.com/index.html?from=detail&productId=1600796807761 |
| 92 | https://hunsaiqun.en.alibaba.com/index.html?from=detail&productId=1601269088537 |
| 93 | https://yacaicosmetic.en.alibaba.com/index.html?from=detail&productId=1601283653307 |
| 94 | https://yunuotoys.en.alibaba.com/index.html?from=detail&productId=1600905104665 |
| 97 | https://jnbhome.en.alibaba.com/index.html?from=detail&productId=1600433349461 |
| 98 | https://jsluckylabel.en.alibaba.com/index.html?from=detail&productId=1600999379221 |
| 99 | https://abc-tex.en.alibaba.com/index.html?from=detail&productId=1601277157171 |
| 100 | https://jx-jinhua.en.alibaba.com/index.html?from=detail&productId=1601128009416 |
| 101 | https://jhzm1688.en.alibaba.com |
| 102 | https://loveyourself.en.alibaba.com/index.html?from=detail&productId=1601210935255 |
| 103 | https://ivybabies.en.alibaba.com/index.html?from=detail&productId=1601199172755 |
| 104 | https://ivy.en.alibaba.com/index.html?from=detail&productId=1600845178045 |
| 105 | https://cnminyuanbag.en.alibaba.com/index.html?from=detail&productId=1601260103414 |
| 106 | https://yingxuanyanghang.en.alibaba.com/index.html?from=detail&productId=1601272002621 |
| 108 | https://jskingdeer.en.alibaba.com/index.html?from=detail&productId=1601223957091 |
| 109 | https://takegreenbag.en.alibaba.com |
| 111 | https://cnzhengyue.en.alibaba.com/index.html?from=detail&productId=1600540157160 |
| 113 | https://aikedun.en.alibaba.com/index.html?from=detail&productId=1601159021685 |
| 114 | https://nbhaoxuan.en.alibaba.com/index.html?from=detail&productId=1601235283594 |
| 117 | https://roff.en.alibaba.com |
| 118 | https://nbsongxiang.en.alibaba.com/index.html?from=detail&productId=1600864002265 |
| 119 | https://nhkm.en.alibaba.com/index.html?from=detail&productId=1601240757179 |
| 120 | https://cnpetcenter.en.alibaba.com |
| 121 | https://czpulei.en.alibaba.com/index.html?from=detail&productId=1600805235687 |
| 123 | https://cnyidacheng.en.alibaba.com/index.html?from=detail&productId=1601280326910 |
| 124 | https://bkdkids.en.alibaba.com/index.html?from=detail&productId=1601209385276 |

| | |
|---|---|
| 126 | https://qzxyxtech.en.alibaba.com/index.html?from=detail&productId=1600953778890 |
| 129 | https://rainbowbag23.en.alibaba.com/index.html?from=detail&productId=1600849405959 |
| 132 | https://sherxin.en.alibaba.com/index.html?from=detail&productId=1700007341055 |
| 134 | https://wowbofoodpack.en.alibaba.com/index.html?from=detail&productId=1600878965375 |
| 135 | https://cynthiasocks.en.alibaba.com/index.html?from=detail&productId=1600802140263 |
| 137 | https://sxdianan.en.alibaba.com/index.html?from=detail&productId=1600173105589 |
| 138 | https://sxjingxu.en.alibaba.com/index.html?from=detail&productId=1601088855587 |
| 140 | https://kunyinglife.en.alibaba.com/index.html?from=detail&productId=1600838202334 |
| 141 | https://sxrctrading.en.alibaba.com/index.html?from=detail&productId=1601164085292 |
| 143 | https://sxyantu.en.alibaba.com/index.html?from=detail&productId=1600988700361 |
| 145 | https://mugbaby.en.alibaba.com/index.html?from=detail&productId=1600388423857 |
| 152 | https://lanson-gifts.en.alibaba.com/index.html?from=detail&productId=1601278009910 |
| 156 | https://mhgroupbags.en.alibaba.com/index.html?from=detail&productId=1601059099785 |
| 158 | https://szprh.en.alibaba.com/index.html?from=detail&productId=1601149551958 |
| 160 | https://rongone.en.alibaba.com/index.html?from=detail&productId=1601289399431 |
| 165 | https://szxinhuafa.en.alibaba.com |
| 166 | https://yinotech.en.alibaba.com/index.html?from=detail&productId=1600904410931 |
| 168 | https://zpdhouseware.en.alibaba.com/index.html?from=detail&productId=1601266117405 |
| 169 | https://sjzkuer.en.alibaba.com/index.html?from=detail&productId=1600553930200 |
| 170 | https://hblingjie.en.alibaba.com/index.html?from=detail&productId=1600492059909 |
| 171 | https://sjzthby.en.alibaba.com/index.html?from=detail&productId=60804429237 |
| 172 | https://xiaoaotextile.en.alibaba.com/index.html?from=detail&productId=1600439720178 |
| 173 | https://wxk0706.en.alibaba.com/index.html?from=detail&productId=1600822002090 |
| 175 | https://scbeisheng.en.alibaba.com/index.html?from=detail&productId=1600939351011 |
| 177 | https://kingkachina.en.alibaba.com/index.html?from=detail&productId=1600443654433 |
| 179 | https://bellwethertex.en.alibaba.com/index.html?from=detail&productId=1601187268177 |
| 180 | https://longfine.en.alibaba.com/index.html?from=detail&productId=1600787896714 |
| 182 | https://biumart07.en.alibaba.com/index.html?from=detail&productId=1601257291611 |
| 185 | https://bojaytex.en.alibaba.com/index.html?from=detail&productId=1600996806409 |
| 188 | https://hengyibag.en.alibaba.com/index.html?from=detail&productId=1601207955964 |

| | |
|---|---|
| 189 | https://wzhualian.en.alibaba.com/index.html?from=detail&productId=1600881081920 |
| 190 | https://wzhuichuan.en.alibaba.com/index.html?from=detail&productId=1600912096954 |
| 191 | https://wzsesame.en.alibaba.com/index.html?from=detail&productId=1600924207212 |
| 192 | https://winwaypacking.en.alibaba.com/index.html?from=detail&productId=1601184148392 |
| 195 | https://amytong.en.alibaba.com |
| 197 | https://whgood.en.alibaba.com/index.html?from=detail&productId=1601174700108 |
| 198 | https://loonde.en.alibaba.com/index.html?from=detail&productId=1600750392910 |
| 199 | https://xahaobaby.en.alibaba.com/index.html?from=detail&productId=60820421769 |
| 200 | https://emerald5070.en.alibaba.com/index.html?from=detail&productId=1601111585222 |
| 201 | https://xminfinite02.en.alibaba.com/index.html?from=detail&productId=1601156702035 |
| 202 | https://xmcozy.en.alibaba.com/index.html?from=detail&productId=1601023256801 |
| 204 | https://weihuang.en.alibaba.com/index.html?from=detail&productId=1601069860275 |
| 205 | https://xtszx.en.alibaba.com/index.html?from=detail&productId=1600847493710 |
| 208 | https://yzaoruola.en.alibaba.com/index.html?from=detail&productId=1601224925936 |
| 211 | https://yiwuwenjin.en.alibaba.com/index.html?from=detail&productId=1601213239258 |
| 213 | https://cuijintrade.en.alibaba.com/index.html?from=detail&productId=1600762642380 |
| 214 | https://ywbuttery.en.alibaba.com |
| 215 | https://dongjinxiangbao.en.alibaba.com/index.html?from=detail&productId=1601246527858 |
| 216 | https://dowelljewelry.en.alibaba.com/index.html?from=detail&productId=1601271693580 |
| 217 | https://ywfangyi.en.alibaba.com/index.html?from=detail&productId=1601232592657 |
| 220 | https://haowaycraft.en.alibaba.com |
| 222 | https://longge.en.alibaba.com/index.html?from=detail&productId=1600909016438 |
| 223 | https://mingjijewelry.en.alibaba.com/index.html?from=detail&productId=1601221559834 |
| 224 | https://mingjiangcrafts.en.alibaba.com/index.html?from=detail&productId=1601213869547 |
| 225 | https://familyginaboutique.en.alibaba.com |
| 226 | https://ouhong.en.alibaba.com/index.html?from=detail&productId=1601070487041 |
| 227 | https://saiyii.en.alibaba.com/index.html?from=detail&productId=1601278039056 |
| 228 | https://siicoogroup.en.alibaba.com/index.html?from=detail&productId=1601153716939 |
| 229 | https://ywtelong.en.alibaba.com/index.html?from=detail&productId=1600470463810 |
| 230 | https://cn1557752106dhnv.en.alibaba.com/index.html?from=detail&productId=1601194163330 |

| | |
|---|---|
| 231 | https://ywyaoning.en.alibaba.com/index.html?from=detail&productId=1600743293680 |
| 232 | https://bagdesigner.en.alibaba.com/index.html?from=detail&productId=1600657454570 |
| 234 | https://ywwenhua.en.alibaba.com/index.html?from=detail&productId=1601241419095 |
| 235 | https://yiwuzicai.en.alibaba.com/index.html?from=detail&productId=1601015950170 |
| 236 | https://younerproducts.en.alibaba.com/index.html?from=detail&productId=1600491752152 |
| 240 | https://zsguanrui.en.alibaba.com/index.html?from=detail&productId=1600897462460 |
| 241 | https://yitongwb.en.alibaba.com/index.html?from=detail&productId=1601240550800 |
| 242 | https://zjshenghuang.en.alibaba.com |