# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| MERCIS B.V., | ) | |
| | ) | Case No. 25-cv-378 |
| Plaintiff, | ) | |
| v. | ) | Judge Thomas M. Durkin |
| | ) | |
| THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A HERETO, | ) ) ) ) ) ) | |
| Defendants. | ) | |

## SATISFACTION OF JUDGMENT

WHEREAS, a judgment was entered in the above action on July 3, 2025 [Dkt. No. 122] in favor of Plaintiff MERCIS B.V. ("Plaintiff") and against the Defendants identified in Amended Schedule A. Plaintiff acknowledges payment of an agreed upon damages amount, costs and interest and desires to release this judgment and hereby fully and completely satisfy the same as to the following Defendant:

| No. | Seller |
|---|---|
| 72 | Guangzhou Saian Trading Co., Ltd. |

Therefore, full and complete satisfaction of said judgment as to above-identified Defendant is hereby acknowledged and the Clerk of the Court is hereby authorized and requested to make an entry of the full and complete satisfaction on the docket accordingly.

Respectfully submitted,

Dated: July 14, 2025

By:   <u>s/ Michael A. Hierl</u>
      Michael A. Hierl (Bar No. 3128021)
      William B. Kalbac (Bar No. 6301771)
      Robert P. McMurray (Bar No. 6324332)
      John Wilson (Bar No. 6341294)
      Hughes Socol Piers Resnick & Dym, Ltd.
      Three First National Plaza
      70 W. Madison Street, Suite 4000
      Chicago, Illinois 60602
      (312) 580-0100 Telephone
      mhierl@hsplegal.com

      Attorneys for Plaintiff
      MERCIS B.V.

## CERTIFICATE OF SERVICE

      The undersigned attorney hereby certifies that a true and correct copy of the foregoing Satisfaction of Judgment was filed electronically with the Clerk of the Court and served on all counsel of record and interested parties via the CM/ECF system on July 14, 2025.

                                                  s/Michael A. Hierl