# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Mercis B.V.

                        Plaintiff,

v.

Case No.: 1:25−cv−00378

Honorable Thomas M. Durkin

The Individuals, Corporations, Limited Liability Companies, Partnerships, and Unincorporated Associations Identified on Schedule A Hereto, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, August 6, 2025:

      MINUTE entry before the Honorable Thomas M. Durkin: Telephone status hearing held on 8/6/2025. Attorneys Adam E. Urbanczyk and Brian Swift's motion to withdraw as attorney for xhypacking [146] is granted without objection. Defendant Wenzhou Sesame Bag Co., Ltd.'s motion to withdraw motion to dismiss and reply [147] is granted. Defendant Wenzhou Sesame Bag Co., Ltd.'s motion to dismiss [98] and reply [124] are withdrawn. Defendants Dongguan City Xinyu Cans Manufactory Co., Ltd. and Dongguan Omoi Stationery & Gift Co., Ltd are to respond to the complaint by 9/3/2025. Attorney Zhen Pan's oral motion to withdraw as attorney for Dongguan Omoi Stationery & Gift Co.,Ltd is granted, as the appearance was filed in error. A proposed discovery schedule as to Defendants Shenzhen Renzhexi Technology Co., Ltd. and Wenzhou Sesame Bag Co., Ltd. is due by 8/13/2025. The next status hearing will be set when the discovery schedule is entered. Mailed notice. (ecw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.